**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

2008 AUG 27 PM 1:51

'08 MJ 2642

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate's Case No. |
| vs. ) | |
| Kaui O Kuu Aloha HIRAKAWA ) | COMPLAINT FOR VIOLATION OF |
| and ) | 21 U.S.C. 952 and 960 |
| Enrique VILLALOBOS-Mendez ) | |
| ) | Unlawful Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

COUNT ONE

That on or about August 27, 2008, within the Southern District of California, defendant(s) Kaui O Kuu Aloha HIRAKAWA and Enrique VILLALOBOS-Medina did knowingly and intentionally import approximately 4.10 kilograms (9.02 pounds) of marijuana, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this _27th_ day of _August_, 2008.

United States Magistrate Judge

8/27/08

United States of America
        VS.
**Kaui O Kuu Aloha HIRAKAWA**
        **and**
**Enrique VILLALOBOS-Mendez**

## PROBABLE CAUSE STATEMENT

On August 27, 2008, at approximately 2:50 a.m., Kaui O Kuu Aloha HIRAKAWA and Enrique VILLALOBOS-Mendez attempted to enter the United States from Mexico, at the San Ysidro Port of Entry, San Diego, California. At the time of entry, HIRAKAWA was the driver and VILLALOBOS the passenger of a 1999 white Hyundai Accent bearing California license plate 5PAU949. At approximately 2:50 a.m., a U.S. Customs and Border Protection (CBP) Canine Enforcement Officer (CEO) was conducting pre-primary roving operations with his assigned Narcotics Detector Dog (NDD). The CEO observed the NDD alert to the presence of a narcotic odor coming from the trunk area of the vehicle. A CBP Officer responded and made contact with HIRAKAWA and VILLALOBOS in primary lane #16. The Officer asked HIRAKAWA if he was bringing anything with him from Mexico. HIRAKAWA gave two negative Customs declarations, stating that he was not bringing anything with him. HIRAKAWA then stated that he had only been to Mexico to eat tacos and he was going to work in Santee, CA. The vehicle and the subjects were referred into the vehicle secondary for further inspection. In the vehicle secondary lot, the CEO put the NDD into the trunk of the car. The CEO observed the NDD alert to the presence of a narcotic odor coming from the speaker box. After the speaker was removed from the box, officers observed several cellophane wrapped packages inside. A CBP Officer probed one of the packages and discovered a green leafy vegetable substance. The substance field-tested positive for marijuana. A total of four (4) packages were removed from the vehicle. The gross weight of the packages was approximately 4.10 kilograms (9.02 pounds).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HIRAKAWA and VILLALOBOS were arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, CA.

_____
Signature
U.S. Immigration and Customs Enforcement

_____
United States Magistrate Judge